ABRAHAM EPSTEIN, PLAINTIFF-RESPONDENT, v. GRAND
UNION COMPANY, DEFENDANT-APPELLANT.

Argued September 9, 1964—Decided September 21, 1964.

*Mr. Robert T. Quackenboss* argued the cause for appellant (*Messrs. Burton, Seidman & Burton,* attorneys).

*Mr. Albert W. Seaman* argued the cause for respondent (*Messrs. Seaman, Williams & Seaman,* attorneys).

PER CURIAM. The judgment is affirmed for the reasons expressed in the opinion of the Appellate Division.

*For affirmance* — Chief Justice WEINTRAUB, and Justices JACOBS, FRANCIS, PROCTOR, SCHETTINO and HANEMAN—6.

*For reversal and remandment for new trial as to damages only*—Justice HALL—1.